# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK PIERRE

NO. 2023 KW 1029

**JANUARY 18, 2024**

---

In Re:    Derrick Pierre, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. 06-97-0846 & 06-98-0961.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                          JMG
                          WRC
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT